N. DENISE TAYLOR - State Bar No. 101434
CHERIE L. LIEURANCE - State Bar No. 119979
TAYLOR DEMARCO LLP
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Telephone: (213) 687-1600
Facsimile: (213) 687-1620
dtaylor@taylordemarco.com
clieurance@taylordemarco.com

Attorneys for Defendant PASADENA HOSPITAL ASSOCIATION, LTD., dba HUNTINGTON MEMORIAL HOSPITAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PASADENA HOSPITAL ASSOCIATION, LTD., d/b/a/ HUNTINGTON MEMORIAL HOSPITAL, and PATRICK SUTTON, M.D., an individual, and DOES 1 to 100, inclusive.<br><br>Defendants. | CASE NO.: 2:18-cv-09648-DDP (SKx)<br><br>Related Case:<br>CASE NO.: 2:18-cv-08710-ODW (MAAx)<br><br>**NOTICE OF RELATED CASES**<br><br>Action Filed: November 15, 2018<br>Trial Date: none set |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 83-1.3.1, that the following currently pending cases should be deemed related, pursuant to subdivision (c), of Rule 83-1.3.1:

1. *Jane Doe K.G., et al., v. Pasadena Hospital Association, Ltd.*, et al., 2:18-cv-08710-ODW (MAAx), filed October 12, 2018; and

2. *Jane Doe v. Pasadena Hospital Association, Ltd., et al.*, 2:18-cv-09648-DDP (SKx), filed November 15, 2018.

While these lawsuits do not arise out of the same or closely related transactions, happenings or events, determinations of substantially related questions of law will be required, though based on separate and distinct facts as to each plaintiff, except as to the issues relating to class action certification which will be identical in both cases. Substantial duplication of labor and effort by counsel and the courts would necessarily ensue if these cases continue to be addressed by different judges.

The plaintiffs in each case allege they were subjected to sexual battery and harassment during the rendition of medical services by the same physician, Patrick Sutton, M.D. (an obstetrician and gynecologist who provided services to plaintiffs in Pasadena, California). In the *Jane Doe K.G.* case, plaintiff Jane Doe K.G. alleges misconduct on the part of Dr. Sutton in 1998; Jane Doe T.F. alleges misconduct occurring in 1990; Jane Doe B.S. alleges misconduct occurring in 1991; and Jane Doe W.D. alleges misconduct occurring between 2016 to 2018. In the *Jane Doe* case, plaintiff Jane Doe alleges she was subjected to misconduct by Dr. Sutton between 2008 and 2010. In both actions, the plaintiffs seek to hold Pasadena Hospital Association, Ltd., doing business as Huntington Memorial Hospital (an acute care hospital in Pasadena, California) liable for the conduct of Dr. Sutton, asserting essentially the same theories of relief arising under state law: Sexual Harassment, Cal. Civil Code § 51.9; Gender Violence, Cal. Civil Code § 51.9, Sexual Assault/Battery, Cal. Civil Code § 1708.5; intentional infliction of emotional distress; negligence; negligent hiring and supervision; and other state-law theories.

Additionally, the plaintiffs in both actions have filed their Complaints in federal court seeking class certification under the Class Action Fairness Act. Both actions describe the proposed class as all women who were treated or received a medical examination by Dr. Patrick Sutton during his [alleged] employment with Pasadena Hospital Association, Ltd.[1] Defendant, Pasadena Hospital Association, Ltd. contends,

---

[1] Pasadena Hospital Association, Ltd. denies that Dr. Sutton was either an employee or agent

with respect to both cases, that class certification may not properly be granted in either action as the matters raised in each action involve a local controversy, 28 U.S.C. § 1332(d)(4); *Bridewell-Sledge v. Blue Cross*, 798 F.3d 923, 928-929 (9th Cir. 2015), the individual questions raised substantially predominate over common questions, *Comcast Corp. v. Behrend*, 569 U.S. 27, 33-34 (2013), and, accordingly, both actions should be dismissed for lack of federal jurisdiction.

WHEREFORE, to avoid duplication of labor, Defendant PASADENA HOSPITAL ASSOCIATION, LTD., dba HUNTINGTON MEMORIAL HOSPITAL hereby requests these cases be deemed related.

DATED:  January 9, 2019　　　　　　　　TAYLOR DEMARCO LLP

By: /s/  Cherie L. Lieurance
N. DENISE TAYLOR
CHERIE L. LIEURANCE
Attorneys for Defendant PASADENA HOSPITAL ASSOCIATION, LTD., dba HUNTINGTON MEMORIAL HOSPITAL

---

of the hospital and contends that no plaintiff has a reasonable basis for concluding otherwise.

# CERTIFICATE OF SERVICE

I, Lorena Rivera hereby certify that on this 9th of January, 2019, I electronically filed the following documents:

## NOTICE OF RELATED CASES

with the Clerk of the United States District Court for the Central District of California using the CM/ECF system which shall send electronic notification to all counsel of record. See Service List and attached Notice of Electronic Service for all parties served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California on January 9th, 2019.

*Lorena Rivera*

Lorena Rivera

# SERVICE LIST

Re: <u>Jane Doe v. Pasadena Hospital Association, Ltd. et al.</u>
<u>Case No: 2:18-cv-09648-DDP-(SKx)</u>

| | |
|---|---|
| Kevin T. Barnes<br>Gregg Lander<br>LAW OFFICES OF KEVIN T. BARNES<br>1635 Pontius Avenue 2nd Floor<br>Los Angeles, CA 90025-3361 | Attorneys for Plaintiff(s)<br>JANE DOE on behalf of herself and all others similarly situated<br><br>Tel: (323) 549-9100<br>Fax: (323) 549-0101<br>Email: Barnes@kbarnes.com<br>Email: Lander@kbarnes.com |
| Joseph Tojarieh<br>TOJARIEH LAW FIRM PC<br>10250 Constellation Boulevard<br>Suite 100<br>Los Angeles, CA 90067 | Attorneys for Plaintiffs<br>JANE DOE on behalf of herself and all other similarly situated<br><br>Tel: (310) 553-5533<br>Fax: (310) 553-5536<br>Email: jft@tojariehlaw.com |