# United States District Court
# Central District of California

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>    v.<br><br>PASADENA HOSPITAL<br>ASSOCIATION, LTD. et al.,<br><br>          Defendants. | Case № 2:18-cv-09648-ODW (MAAx)<br><br>**JUDGMENT** |

**JUDGMENT**

In light of the Court's Orders granting Defendants the Pasadena Hospital Association, LTD. d/b/a Huntington Memorial Hospital ("Hospital"), Doctor Patrick Sutton ("Sutton"), and the Medical Staff of Huntington Memorial Hospital ("Medical Staff") (collectively "Defendants") motions to dismiss and strike Plaintiff's First Amended Class Action Complaint with prejudice (ECF Nos. 34, 46, 47, 50),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment for Defendants as to all of Plaintiff's claims for relief;

2. Each party shall bear its own fees and costs;

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 31, 2020

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**